Irving Greenwald, appellant, v. The Baltimore & Ohio Railroad Company, appellee. Gen. No. 32,708.

Opinion filed May 14, 1928.
Peden, Kahn & Murphy, for appellant; Gerald Ryan, of counsel.
Charles D. Clark and Henry D. Sheean, for appellee.
Mr. Justice O'Connor delivered the opinion of the court.